UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:21-cr-25-VMC-TGW

Plaintiff, ☐
Government ☒              ☐ Evidentiary
                          ☒ Trial
                          ☐ Other

v.

ISAAC ENRIQUEZ OYANDO
ROMEO SANTOS HERNANDEZ
JUAN HERNANDEZ
JOHN DARIO MACIAS AGUA
JAMIE VELEZ-ARCENTALES
EDDY FABIAN ANCHUNDIA-VELEZ

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Representative Sample of Cocaine |
| 1a | | | | Photo of Bales, DSCF1006 |
| 1b | | | | Photo of Brick, DSCF1007 |
| 1c | | | | Offload of Bales |
| 1d | | | | Box, Exhibit 1 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1e | | | | Chain of Custody Photo, Exhibit 1 |
| 1f | | | | LIMS Number, Exhibit 1 |
| 1g | | | | Opened Box, Exhibit 1 |
| 1h | | | | Opened Box Top-Down, Exhibit 1 |
| 1i | | | | Box and Kilograms, Exhibit 1 |
| 1j | | | | Kilograms, Exhibit 1 |
| 2a | | | | Seized Cocaine, February 2, 2021 |
| 2b | | | | Laboratory Testing of Cocaine, May 18, 2021 |
| 2c | | | | Laboratory Testing of Cocaine, May 18, 2021 |
| 3 | | | | MPA Video of Interdiction |
| 3a | | | | MPA Screenshot 1 |
| 3b | | | | MPA Screenshot 2 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3c | | | | MPA Screenshot 3 |
| 3d | | | | MPA Screenshot 4 |
| 3e | | | | MPA Screenshot 5 |
| 3f | | | | MPA Screenshot 6 |
| 3g | | | | MPA Screenshot 7 |
| 3h | | | | MPA Screenshot 8 |
| 3i | | | | MPA Screenshot 9 |
| 3j | | | | MPA Screenshot 10 |
| 3k | | | | MPA Screenshot 11 |
| 3l | | | | MPA Screenshot 12 |
| 3m | | | | MPA Screenshot 13 |
| 3n | | | | Interdiction Presentation |
| 4 | | | | Interdiction Photo – P1140001 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 5 | | | | Interdiction Photo – P1140003 |
| 6 | | | | Interdiction Photo – P1140007 |
| 7 | | | | Interdiction Photo – P1140008 |
| 8 | | | | Interdiction Photo – P1140011 |
| 9 | | | | Interdiction Photo – P1140015 |
| 10 | | | | Interdiction Photo – P1140017 |
| 11 | | | | Interdiction Photo – P1140019 |
| 12 | | | | Transponders Photo – DSCN7957 |
| 13 | | | | Velez-Arcentales Personal Effects – DSCN7963 |
| 14 | | | | Velez-Arcentales ID Cards |
| 14a | | | | Velez-Arcentales ID Cards – DSCN 7971 |
| 15 | | | | Hernandez Personal Effects – DSCN7978 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 16 | | | | Hernandez Personal Effects – DSCN7979 |
| 17 | | | | Santos Hernandez Personal Effects – DSCN7977 |
| 18 | | | | Anchundia-Velez Personal Effects – DSCN7983 |
| 19 | | | | Anchundia-Velez Cards |
| 19a | | | | Anchundia-Velez Cards – DSCN7995 |
| 20 | | | | Macias Personal Effects – DSCN8003 |
| 21 | | | | Macias Cards and IDs |
| 22 | | | | Macias Bank Cards, DSCN8007 |
| 23 | | | | Macias Phone Number List |
| 23a-b | | | | Macias Phone Number list, DSCN8042-8043 |
| 24 | | | | Enriquez-Oyando Personal Effects – DSCN8048 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 25 | | | | Bran-Lopez Personal Effects – DSCN8052 |
| 26 | | | | RESERVED |
| 27 | | | | Electronic Devices, DSCN8105 |
| 28 | | | | Walkie Talkies, DSCN8118 |
| 29 | | | | Radio, DSCN8124 |
| 30 | | | | Inmarsat Satellite Phone 1 |
| 31 | | | | Inmarsat Satellite Phone 2 |
| 32 | | | | Inmarsat Satellite Phone 3 |
| 33 | | | | Garmin GPS Model 73 S/N 4HF005747 |
| 33a | | | | Google Earth Image 1 |
| 33b | | | | Google Earth Image 2 |
| 33c | | | | Google Earth Image 3 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 33d | | | | Google Earth Image 4 |
| 34 | | | | Garmin GPS Model 73 S/N 4HF058649 |
| 34a | | | | Google Earth Image 1 |
| 35 | | | | Garmin GPS Model 73 S/N 4HF058696 |
| 35a | | | | Google Earth Image 1 |
| 36 | | | | Garmin GPS Model 78S S/N 1WR250404 |
| 36a | | | | Google Earth Image 1 |
| 36b | | | | Google Earth Image 2 |
| 37 | | | | Huawei Cellphone |
| 37a | | | | Santos Hernandez Photo 1 |
| 37b | | | | Santos Hernandez Photo 2 |
| 37c | | | | Santos Hernandez Photo 3 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 37d | | | | Santos Hernandez Photo 4 |
| 37e | | | | Santos Hernandez Photo 5 |
| 37f | | | | Santos Hernandez Photo 6 |
| 37g | | | | Santos Hernandez Video 1 |
| 37h | | | | Santos Hernandez Video 2 |
| 37i | | | | Santos Hernandez Video 3 |
| 37j | | | | Santos Hernandez Video 4 |
| 38 | | | | Motorola Cellphone |
| 38a | | | | Enriquez Oyando Photo 1 |
| 38b | | | | Enriquez Oyando Photo 2 |
| 38c | | | | Enriquez Oyando Photo 3 |
| 38d | | | | Enriquez Oyando Video 1 |
| 38e | | | | Enriquez Oyando Video 2 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 39 | | | | Motorola Cellphone Sim Card |
| 40 | | | | Samsung Cellphone |
| 40a | | | | Bran-Lopez Video 1 |
| 41 | | | | Sim Card 1 |
| 42 | | | | Sim Card 2 |
| 43 | | | | Satellite Sim Card 1 |
| 44 | | | | Satellite Sim Card 2 |
| 45a | | | | Juan Hernandez, 2006 (1) |
| 45b | | | | Juan Hernandez, 2006 (2) |
| 45c | | | | Juan Hernandez, 2006 (3) |
| 45d | | | | Juan Hernandez, 2006 (4) |
| 45e | | | | Juan Hernandez, 2006 (5) |
| 46a | | | | Eddy Fabian Anchundia Velez, 2018 (1) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 46b | | | | Eddy Fabian Anchundia Velez, 2018 (2) |
| 46c | | | | Eddy Fabian Anchundia Velez, 2018 (3) |
| 46d | | | | Eddy Fabian Anchundia Velez, 2018 (4) |
| 46e | | | | Eddy Fabian Anchundia Velez, 2018 (5) |
| 47 | | | | Route Map Overlay |
| 48 | | | | Unmanned Aerial Vehicle |
| 49 | | | | Diagram of Go-Fast Vessel |
| 50 | | | | Consent to Search Electronic Devices, Luis Alberto Bran Lopez |
| 51 | | | | Consent to Search Electronic Devices, Isaac Enriquez Oyando |
| 52 | | | | Consent to Search Electronic Devices, Romeo Santos Hernandez |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 53 | | | | Forensic Extraction Native Data, Garmin GPS Model 73 S/N 4HF005747 |
| 54 | | | | Forensic Extraction Native Data, Garmin GPS Model 73 S/N 4HF058649 |
| 55 | | | | Forensic Extraction Native Data, Garmin GPS Model 73 S/N 4HF058696 |
| 56 | | | | Forensic Extraction Native Data, Garmin GPS Model 78S S/N 1WR250404 |
| DM-1 | | | | Interdiction PowerPoint |
| DM-2 | | | | Route Map Overlay |