**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                    Case No.: 8:21-CR-25-VMC-TGW

EDDY FABIAN ANCHUNDIA-VELEZ

_____/

**DEFENDANT'S SENTENCING MEMORANDUM**

**COMES NOW**, the Defendant, EDDY FABIAN ANCHUNDIA-VELEZ, by and

through his undersigned counsel, and respectfully requests a sentence below the advisory

guideline pursuant to Section 18 U.S.C. §3553(a)(1)-(7), and as grounds in support thereof states

as follows:

1. The Defendant was found guilty by the jury of Counts 1 and 2 of the Indictment on August 19, 2022.

2. The Defendant is set for sentencing on November 10, 2022, at 11:00 am.

3. After a full and careful review of the facts of this case, the history and characteristics of the Defendant, the Defendant asserts a fair and reasonable sentence is a sentence below the advisory guideline range.

**18 U.S.C. §3553 FACTS/FACTORS TO BE CONSIDERED**
**IN DETERMINING THE DEFENDANT'S SENTENCE**

The facts and or factors that support a sentence for the Defendant below the advisory

guideline range are:

1. The Defendant has had a very difficult and sad upbringing as he was born into extreme poverty.

2. The Defendant's mother was just 14 years old when the Defendant was born.  (PSR ¶38) He was an infant trying to be raised by a child.

1

3. The Defendant's father was a teenager (19 years old) at the time the Defendant was born. (PSR ¶37)

4. At the age of seven, the Defendant's parents divorced as a result of his father's excessive drinking. (PSR ¶38)

5. Until his parents divorced, the Defendant was impoverished and didn't have enough food or clothing.  His father only worked hard enough to get himself alcohol.  His father also was verbally and physically abusive towards his mother. (PSR ¶39)

6. The Defendant learned later in life that when he was in utero, his father purposely was physically abusive towards his mother in the hopes it would result in her not being able to carry the Defendant to term and deliver him. (PSR ¶39)

7. As a young child, the Defendant and his younger sister were abuse their mother with a belt on their back and legs. (PSR ¶39)

8. After his parents divorced when he was 7, the Defendant and his sister lived with his paternal grandmother and aunt for approximately 3 years.  (PSR ¶39)

9. It was during this time (when the Defendant was 7 to 9 years old) the Defendant himself began working to provide for himself and his sister. (PSR ¶39)

10. As a result, the Defendant only was able to attend school through the 6th grade. (PSR ¶57)

11. For the last 16 years (since the Defendant was approximately 15 years old), the Defendant has worked as a fisherman and a cook on boats. (PSR ¶59 - 60)

12. The Defendant has been in a relationship (common-law wife) with his wife for the last 15 years. (PSR ¶45) They have two children together ages 14 and 3. His 3 years old is very thin and not growing as quickly as he should.   (PSR ¶46 - 47)

13. The Defendant has made it a priority for his children to go to school and get an education. (PSR ¶46 - 47)

14. The Defendant does not have any specialized training, skills, or licenses.  (PSR ¶57 - 58)


### SENTENCE OF CO-DEFENDANT ALBERTO BRAN-LOPEZ

Co-Defendant Alberto Bran-Lopez pled guilty with a plea agreement in this case.  Bran Lopez, was not only was the captain (2-level enhancement) but the court also found he obstructed justice in this case (2-level enhancement), and he had an advisory guideline calculation of 42/I, 360 months to Life in prison.  The Court varied downward and imposed a

sentence of 262 months of imprisonment.  This downward variance of 98 months (an 8 year and 2-month reduction in his sentence) was the sentence recommended by the Government.

The Defendant submits his sentence should be lower that the sentence of the captain, Co-Defendant Alberto Bran-Lopez.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court find that the Defendant should be sentenced below the advisory guideline range pursuant to Section 18 U.S.C. §3553,

**WHEREFORE**, the Defendant respectfully asks the Court to recommend he serve his BOP prison sentence at the Miami Low prison facility, or in the alternative at Coleman,

**WHEREFORE**, the Defendant respectfully asks the Court to recommend the Defendant take classes in the English and to learn the trade of carpentry.

**RESPECTFULLY SUBMITTED**

___s/ Andrew Shein_____
Andrew Shein, Esq.
FLBar #0145734
Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ___November 8, 2022_____, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dan Baeza, Esq.
Office of the United States Attorney
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

3

**s/ Andrew Shein**
Andrew Shein, Esq.
FLBar #0145734
Attorney for Defendant
**The Law Offices of Andrew Shein, P.A.**
3605 West Azeele Street
Tampa, FL  33609
(813) 877-4357
E-mail:  Andrew@AndrewShein.com